IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:14-CR-4-CAR |
| | : |
| | : VIOLATIONS: |
| v. | :   18 U.S.C. § 922(g)(9) |
| | :   18 U.S.C. § 924(a)(2) |
| | :   21 U.S.C. § 841(a)(1) |
| CHRISTOPHER EVERETTE HEAD | :   21 U.S.C. § 841(b)(1)(C) |
| | :   18 U.S.C. § 2 |
| | : |

THE GRAND JURY CHARGES:

### COUNT ONE
### (Possession With Intent to Distribute Methamphetamine)

That on or about May 3, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**CHRISTOPHER EVERETTE HEAD,**

aided and abetted by other persons, both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally possess with intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of methamphetamine; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT TWO
### (Possession of a Firearm by a Prohibited Person)

That on or about May 3, 2013, in the Macon Division of the Middle District of and elsewhere within the jurisdiction of this Court,

**CHRISTOPHER EVERETTE HEAD,**

having been convicted of a misdemeanor crime of domestic violence, did knowingly receive and possess firearms which had previously been shipped and transported in interstate and foreign commerce, to wit:

   a. one Smith & Wesson, Model: 6946, 9mm pistol, serial number: THB4305;

   b. one Remington Arms, Model: 522 Viper, .22 caliber rifle, serial number: 3190473;

   c. one Remington Arms, Model: 66, .22 caliber rifle, serial number: NONE;

   d. one Weatherby, Model: Vanguard, .270 caliber rifle, serial number: 36433; and

   e. one Mossberg, Model: 500E, 410 gauge shotgun, serial number: R257942;

all in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11th day of February, A.D. 2014.

Deputy Clerk

2